IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MOUNTAIN MECHANICAL CONTRACTORS, INC.**                              **PLAINTIFF**

V.                          **CASE NO. 5:20-CV-5141**

**BES DESIGN/BUILD, LLC**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Opinion and Order entered this day and the Jury's Verdict in this matter, the Court hereby finds and directs that Mountain Mechanical Contractors, Inc. is entitled to a judgment of damages against Plaintiff/Third-Party Defendant BES Design/Build, LLC.

**IT IS THEREFORE ORDERED** that BES's claims against Mountain Mechanical are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that judgment is hereby rendered and awarded to Mountain Mechanical against BES in the amount of **$409,631.38**, of which $112,694.14 was awarded in damages, $262,004 was awarded in attorney's fees, and $34,933.24 was awarded in costs.

**IT IS SO ORDERED** on this 27th day of July, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE